1

### W. H. BAKER, Appellant, v. UNITED STATES, Appellee.

(Circuit Court of Appeals, Eighth Circuit. April 20, 1926.)

No. 7251.

Appeal from the District Court of the United States for the Eastern District of Arkansas.

C. M. Buck, of Blytheville, Ark., for appellant.

B. M. Parmenter, Asst. Atty. Gen.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

2

### Eliza BARNETT et al., Plaintiffs in Error, v. SHAFFER OIL & REFINING CO. et al., Defendants in Error.

(Circuit Court of Appeals, Eighth Circuit. December 17, 1926.)

No. 7540.

In Error to the District Court of the United States for the Eastern District of Oklahoma.

Fred Fulghum and George S. Ramsey, both of Tulsa, Okl., for plaintiffs in error.

Robert M. Rainey, Streeter B. Flynn, George M. Green, Frank G. Anderson, B. B. Blakeney, and Hubert Ambrister, all of Oklahoma City, Okl., for defendants in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiffs in error, per stipulation of parties.

3

### B. F. BIGGER & SONS et al., Plaintiffs in Error, v. Lynn H. DENKINS, Defendant in Error.

(Circuit Court of Appeals, Eighth Circuit. June 8, 1926.)

No. 7378.

In Error to the District Court of the United States for the Eastern District of Arkansas.

17 F.(2d)—64

E. L. Westbrooke, of Jonesboro, Ark., for plaintiffs in error.

Allen Hughes, of Memphis, Tenn., for defendant in error.

PER CURIAM. Motion of plaintiffs in error to continue denied, and writ of error dismissed, on motion of defendant in error, under rules 23 and 24.

4

### A. E. BILBREY et al., Plaintiffs in Error, v. TRADERS' COMPRESS CO., Defendant in Error.

(Circuit Court of Appeals, Eighth Circuit. June 14, 1926.)

No. 7488.

In Error to the District Court of the United States for the Western District of Oklahoma.

Stansell Whiteside, of Altus, Okl., for plaintiffs in error.

C. B. Ames, of Oklahoma City, Okl., for defendant in error.

PER CURIAM. Writ of error docketed and dismissed, with costs, on motion of defendant in error, under rule 16.

5

### William BONNELL, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Eighth Circuit. June 22, 1926.)

No. 7503.

In Error to the District Court of the United States for the District of Kansas.

J. T. Rogers, of Wichita, Kan., for plaintiff in error.

Al F. Williams, U. S. Atty., of Topeka, Kan.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.